[No. 8,726.—Department One.]
November 23, 1882.

## VAUGHN *v.* WERLEY.

DISMISSAL OF APPEAL—DAMAGES.—On dismissal of appeal for failure to file transcript, damages can not be imposed.

MOTION to dismiss appeal.

*Hale & Craig,* for Appellant.

*J. M. Fulweiler,* for Respondent.

The COURT:

No transcript on appeal has been filed. The certificate of the Clerk below is on file, showing the matters required by Rule 4 of this Court. The appeal is dismissed.

We are asked to affix damages. The statute authorizes damages on affirmance of the judgment, if it appear that the appeal was taken for delay. In the absence of the transcript we have nothing from which to determine that the appeal was taken for delay. Application for damages denied